UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
SOUTH BEND DIVISION

| | |
|---|---|
| CHRISTOPHER RODGERS, | |
| Plaintiff, | |
| v. | CAUSE NO.: 3:19-CV-336-JD-MGG |
| CURTIS HILL, et al., | |
| Defendants. | |

ORDER

Christopher Rodgers, a prisoner without a lawyer, was granted until May 30, 2019, to file an amended complaint. ECF 3. He was cautioned if he did not respond by the deadline, this case would be dismissed without further notice. *Id*. The deadline passed more than a month ago, yet he has not responded.

For these reasons, and as more fully explained in the screening order (ECF 3), this case is DISMISSED WITHOUT PREJUDICE.

SO ORDERED on July 8, 2019

/s/ JON E. DEGUILIO
JUDGE
UNITED STATES DISTRICT COURT